1

2

3

4                                                   ***E-FILED - 6/23/11***

5

6

7

8

9                         IN THE UNITED STATES DISTRICT COURT

10                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                                    SAN JOSE DIVISION

12

13

14

| UNITED STATES OF AMERICA, | NO. C-08-04607-RMW |
|---|---|
| Plaintiff/Respondent, | Related Criminal Case: CR-00-20217 |
| v. | ORDER REQUIRING  REPLY TO OPPOSITION TO MOTION TO DISMISS OR FOR ESTIMATE OF TIME NEEDED FOR BRIEFING ON MERITS |
| EARL A. JOSEPH, | |
| Defendant/Movant. | |

20        On June 2, 2011 the court received correspondence from Earl Joseph asking about

21   the status of his motion pursuant to 28 U.S.C. § 2255 filed on October 2, 2008.  In that

22   correspondence he mentions a reply brief he filed on September 3, 2010 to the

23   government's motion to dismiss the § 2255 motion as untimely.  The court's docket did not

24   reflect that such a reply brief had been filed.  However, Joseph produced an endorsed filed

25   copy on June 21, 2011 and the reply has now been docketed as having been received and

26   filed on September 3, 2010.  The undersigned first saw the reply brief on June 21, 2011

27   and now orders the government  to respond to Joseph's equitable tolling argument by July

28

ORDER REQUIRING RESPONSE
No.  C-08-04607-RMW

1

1  15, 2011.  If the government does not contest equitable tolling, it should so advise the

2  court and should further indicate how much time it needs to respond to the merits of

3  Joseph's § 2255 motion.

4

5       DATED: 6/22/11

6

7  *Ronald M Whyte*
                  _____

8                    RONALD M. WHYTE
                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REQUIRING RESPONSE
No.  C-08-04607-RMW

2

1

2   Copy of Order Mailed on  6/23/11  to:

3   Earl A. Joseph
    Reg. # 10583-097
4   Federal Correctional Complex
    P.O. Box 5300
5   Adelanto, CA 92301

6   Jeff Nedrow
    Deputy Branch Chief
7   U.S. Attorney's Office
    150 Almaden Blvd., Suite 900
8   San Jose, CA 95113-2009

9   Joseph Fazioli
    Assistant U.S. Attorney
10  U.S. Attorney's Office
    150 Almaden Blvd., Suite 900
11  San Jose, CA 95113-2009

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REQUIRING RESPONSE
No.  C-08-04607-RMW

3