UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>EARL JOSEPH,<br><br>        Defendant. | Case No.   CR 00-20217-01 CW<br><br>**ORDER TO SHOW CAUSE RE: JOHNSON CLAIM RAISED IN SECTION 2255 MOTION** |

    Before the Court is the motion of Earl Joseph (Movant) for an order under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence on the ground that his sentence has been rendered invalid by the Supreme Court's holding in Johnson v. United States, 135 S. Ct. 2551 (2015).

    The following deadlines will apply, unless the parties submit a stipulation and order for a shorter briefing schedule: (1) within 75 days, the government shall file an opposition conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, showing cause why the court should not "vacate, set aside or correct the sentence" being served by Movant; (2) Movant shall file a reply brief 45 days after the opposition is filed. Thereafter, the matter will be deemed submitted on the papers, unless the Court orders otherwise.

    **IT IS SO ORDERED.**

Dated: March 8, 2017

                                                    CLAUDIA WILKEN<br>                                                  United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>   Plaintiff,<br>  v.<br>Earl Joseph, et al.,<br>   Defendants. | Case No.  00-20217-1 CW<br><br>**CERTIFICATE OF SERVICE** |

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on March 8, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Earl Joseph**
#10583-097
Coleman # 1 U.S.P.
PO Box 1033
Coleman, FL 33521

Dated: March 8, 2017

                Susan Y. Soong
                Clerk, United States District Court

                By:_____
                Doug Merry, Deputy Clerk to the
                Honorable CLAUDIA WILKEN